UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BASHID WHITE,

    Defendant.

_____/

Hon. Janet T. Neff

Case No. 1:18-cr-00193

**REPORT AND RECOMMENDATION**

Pursuant to W.D. MICH. L.CR.R. 11.1, I conducted a plea hearing in the captioned case on July 10, 2019, after receiving the written consent of defendant and all counsel. There is no written plea agreement. The plea agreement is oral. The Government agrees to move to dismiss counts 1, 13, and 16 of the superseding indictment at sentencing in exchange for defendant's plea to the remaining counts in the superseding indictment. At the hearing, defendant Bashid White entered a plea of guilty to Counts 4-12 of the superseding indictment. Counts 4-8 and 10-12 charges defendant with distribution of methamphetamine, in violation of 21 U.S.C. §§ 846, 841(a)(1) and count 9 charges defendant with distribution and possession with intent to distribute controlled substances, in violation of 21 U.S.C. § 841(a)(1).

On the basis of the record made at the hearing, I find that defendant is fully capable and competent to enter an informed plea; that the plea is made knowingly and with full understanding of each of the rights waived by defendant; that it is made

voluntarily and free from any force, threats, or promises; that the defendant understands the nature of the charge and penalties provided by law; and that the plea has a sufficient basis in fact.

Accordingly, I recommend that defendant's plea of guilty to Counts 4-12 of the superseding indictment be accepted, and that the court adjudicate defendant guilty. Acceptance of the plea, adjudication of guilt, and imposition of sentence are specifically reserved for the district judge.

Date: July 10, 2019                           /s/ Phillip J. Green_____
                                              PHILLIP J. GREEN
                                              United States Magistrate Judge

**NOTICE TO PARTIES**

You have the right to de novo review of the foregoing findings by the district judge. Any application for review must be in writing, must specify the portions of the findings or proceedings objected to, and must be filed and served no later than 14 days after the plea hearing. See W.D. MICH. L.CR.R. 11.1(d).